## DOMESTIC FABRICS CORPORATION, Plaintiff–Cross Appellant,

v.

## SEARS, ROEBUCK & CO., Defendant–Appellant.

Nos. 04–1051, 04–1095.

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 9, 2004.

### ORDER

Order Vacated, See 2004 WL 557611.

The cross-appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of cross-appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.